**Electronically Filed
Supreme Court
SCWC-21-0000097
04-MAR-2025
10:20 AM
Dkt. 7 OGAC**

SCWC-21-0000097

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NAHO YAMAGUCHI,
Respondent/Plaintiff-Appellant,

vs.

TITLE GUARANTY ESCROW SERVICES, INC., a Hawaiʻi corporation,
Petitioner/Defendant/Crossclaimant/
Third-Party Plaintiff-Appellee,

and

MARTELL CAPITAL GROUP, LLC doing business as IRONGATE;
THE BLACKSTONE GROUP, L.P., a Delaware Limited Partnership,
Respondents/Defendants/Cross-claim Defendants-Appellees,

and

PACREP LLC, a Delaware limited liability company,
Respondent/Third-Party Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000097; CASE NO. 1CC181000539)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on January 17, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, March 4, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens